**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

IN RE:

|   |   |
|---|---|
| HEUERTZ, NANCY ANN, | ) CHAPTER 7 CASE |
|  | ) |
|  | ) CASE NO. 07-05740 |
|  | ) |
|  | ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At: 100 S. 3rd Street, Room 250, Geneva, IL 60134

    On:   September 30, 2010 Time: 10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $     60,005.09 |
    | Disbursements | $     0.00 |
    | Net Cash Available for Distribution | $     0.00 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 4,997.51 | $ 64.75 |
| Spec'l Attn'y for Trustee, Kinnaly, et al. | $ 21,041.44 | $ 0.00 | $ 0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
|  | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $  -0-  , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  -0-  %.

Allowed priority claims are: NONE

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |

7. Claims of general unsecured creditors totaling $ 51,300.98  have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be  32 %.

Allowed general unsecured claims are as follows:

| Claim | Allowed Amount | Proposed |

Page 2

| Number | Claimant | of Claim | Payment |
|---|---|---|---|
| 001 | Chase | 5,978.15 | 1,907.78 |
| 002 | Royal Open | 263.46 | 84.08 |
| 003 | Federated Retail | 846.27 | 270.07 |
| 004 | Target Nat. Bank | 720.28 | 229.86 |
| 005 | US Bancorp | 31,235.00 | 9,967.86 |
| 006 | Chase Bank | 980.18 | 312.80 |
| 007 | eCast St. Corp. | 11,277.64 | 3,598.98 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, .ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

    NONE

Dated: _____          For the Court,


                                 By: _____
                                     Kenneth S. Gardner
                                     Clerk of the U.S. Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Myfiles/Bankruptcy/Forms/New – Notice of Trustee's Final Report, Hearing