**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

IN RE:

|  |  |
|---|---|
| HEUERTZ, NANCY ANN, | ) CHAPTER 7 CASE </br> ) </br> ) CASE NO.  07-05740 </br> ) </br> ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

**AMENDED**
**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At:  100 S. 3rd Street, Room 250, Geneva, IL  60134

    On:    September 30, 2010 Time:  10:00 AM

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $    60,005.09 |
    | Disbursements | $    38,571.40 |
    | Net Cash Available for Distribution | $    21,433.69 |

Page 1

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 4,997.51 | $ 64.75 |
| Spec'l Attn'y for Trustee, Kinnaly, et al. | $ 21,041.44 | $ 0.00 | $ 0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
|  | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $ -0-          , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  -0-        %.

Allowed priority claims are: NONE

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |

7. Claims of general unsecured creditors totaling $ 51,300.98     have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be   32 %.

Allowed general unsecured claims are as follows:

Page 2

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | Chase | 5,978.15 | 1,907.78 |
| 002 | Royal Open | 263.46 | 84.08 |
| 003 | Federated Retail | 846.27 | 270.07 |
| 004 | Target Nat. Bank | 720.28 | 229.86 |
| 005 | US Bancorp | 31,235.00 | 9,967.86 |
| 006 | Chase Bank | 980.18 | 312.80 |
| 007 | eCast St. Corp. | 11,277.64 | 3,598.98 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, .ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

   NONE

Dated: _____          For the Court,

                                 By: _____
                                     Kenneth S. Gardner
                                     Clerk of the U.S. Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Myfiles/Bankruptcy/Forms/New – Notice of Trustee's Final Report, Hearing

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: nmolina              Page 1 of 2                   Date Rcvd: Oct 01, 2010
Case: 07-05740                Form ID: pdf006            Total Noticed: 42

The following entities were noticed by first class mail on Oct 03, 2010.
db           +Nancy Ann Heuertz,    1420 Marie Street,    St. Charles, IL 60174-3741
aty          +Carl F Safanda,    Safanda Law Firm,   111 East Side Drive,    Geneva, IL 60134-2402
aty          +Edgar P. Petti,    Petti Murphy & Associates,    22 South Fourth Street, Suite B,
               Geneva, IL 60134-2101
tr           +Roy Safanda,    Safanda Law Firm,   111 East Side Drive,    Geneva, IL 60134-2402
11273475     +A/R Concepts,    33 W. Higgins Rd. Ste. 175,    S. Barrington, IL 60010-9115
11273478      AT&T Credit Management Center,    PO Box 57907,    Murray, UT 84157
11462336     +CHASE BANK USA, N.A.,    c/o CREDITORS BANKRUPTCY SERVICE,    P O BOX 740933,
               DALLAS,TX 75374-0933
14361616      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
11273481     +Capital One,    PO Box 60024,    City of Industry, CA 91716-0024
11273482     +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
11273484     +Chase Auto Insurance,    PO Box 9001083,    Louisville, KY 40290-1083
11395050      Chase Bank USA, N.A.,    P O Box 15145,    Wilmington, DE 19850-5145
11273485     +Coston & Rademacher,    105 W. Adams Ste. 1400,    Chicago, IL 60603-6206
11273486     +Delnor Community Hospital,    300 Randall Rd.,    Geneva, IL 60134-4202
11433569     +Federated Retail Holdings, Inc./Marshall Fields,    c/o Tsys Debt Mgmt., Inc.,   PO Box 137,
               Columbus, GA 31902-0137
11273489     +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
11273490     +HFC,   PO Box 17574,    Baltimore, MD 21297-1574
11273491     +Homeq Servicing,    PO Box 70830,    Charlotte, NC 28272-0830
11528786      Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,   POB 35480,
               Newark NJ 07193-5480
11273494     +KCA Financial Service,    PO Box 53,    Geneva, IL 60134-0053
11273493     +Kane Anesthesia Assoc,    34536 Eagle Way,    Chicago, IL 60678-0001
11273498     +Labrotory Physicians LLC,    PO Box 10200,    Peoria, IL 61612-0200
11273499     +Lyon Financial Services, Inc.,    1450 Channel Parkway,    Marshall, MN 56258-4005
11273500     +Macy’s,   PO Box 689195,    Des Moines, IA 50368-9195
11273501     +Medical Business Bureau LLC,    PO Box 1219,    Park Ridge, IL 60068-7219
11273502     +Omnium Worldwide, Inc.,    7171 Mercy Rd.,    Omaha, NE 68106-2620
11273503     +Orthopaedic & Spine Surgery,    2350 Royal Blvd. Ste. 200,    Elgin, IL 60123-4718
11273504     +Professional Collection Service,    Box 76,    103 N. Chicago #210,    Freeport, IL 61032-4144
11273505     +Royal Open MRI,    2350 Royal Blvd. Ste. 800,    Elgin, IL 60123-4739
11273506     +Sarah A. Faulkner,    Attorney at Law,    131 S. Dearborn St. Flr. 5,    Chicago, IL 60603-5571
11273507     +Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
11438159      Target National Bank,    c/o Weinstein & Riley, P.S.,    PO Box 3978,   Seattle, WA 981243978
11273508     +Tri City Radiology,    9410 Compubill Drive,    Orland Park, IL 60462-2627
11273509     +Tri-City Ambulance,    2 E. Main St.,    St. Charles, IL 60174-1926
11445297     +U S Bancorp Manifest Funding Services,    Attn Corporate Attorney,    1450 Channel Parkway,
               Marshall, MN 56258-4005
11273511     +VASC Anesthesia, Ltd.,    2210 Dean Street,    St. Charles, IL 60175-1066
11273510     +Valley Ambulatory Surgery,    33 W. Higgins Rd. Ste. 715,    S. Barrington, IL 60010-9103
15503626      eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480
The following entities were noticed by electronic transmission on Oct 02, 2010.
11273476     +E-mail/Text: KM@ARCONCEPTSINC.COM                            A/R Concepts,
               33 W. Higgins Rd. Ste. 715,    S. Barrington, IL 60010-9103
11273477     +E-mail/PDF: CBP@AGFINANCE.COM Oct 02 2010 02:43:44      American General Finance,
               575 N. Mclean Blvd.,    Elgin, IL 60123, IL 60123-3279
11273483     +Fax: 602-221-4614 Oct 02 2010 01:38:47      Chase Auto Finance,    PO Box 9001083,
               Louisville, KY 40290-1083
11273497     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 02 2010 05:58:52       Kohl’s,   PO Box 3084,
               Milwaukee, WI 53201-3084
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11273479*     AT&T Credit Management Center,   PO Box 57907,    Murray, UT 84157
11273487*    +Delnor Community Hospital,    300 Randall Rd.,    Geneva, IL 60134-4202
11273488*    +Delnor Community Hospital,    300 Randall Road,    Geneva, IL 60134-4202
11273492*    +Homeq Servicing,    PO Box 70830,    Charlotte, NC 28272-0830
11273495*    +KCA Financial Service,    PO Box 53,    Geneva, IL 60134-0053
11273496*    +KCA Financial Service,    PO Box 53,    Geneva, IL 60134-0053
11273480   ##+Bank of America,    PO Box 60073,    City of Industry, CA 91716-0073
                                                                                            TOTALS: 0, * 6, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: nmolina           Page 2 of 2              Date Rcvd: Oct 01, 2010
Case: 07-05740                Form ID: pdf006         Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 03, 2010**            **Signature:**    *Joseph Speetjens*